## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| United States of America | Case No.: 23-3001 MJ |
|---|---|
| v.<br><br>Roberto Partida | **CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNTS 1 - 4

On or about December 30-31, 2022, in the District of Arizona, Defendant ROBERTO PARTIDA, made a material false statement during the purchase of a firearm in violation of 18 U.S.C. Section 922(a)(6), to wit:

| Count | Date | False Statement(s) | To Whom False Statements Made |
|---|---|---|---|
| 1 | December 30, 2022 | False name and address | On a 4473 form to Sprague's Sports, a Federally Licensed Firearms dealer in Yuma, AZ |
| 2 | December 30, 2022 | False name and address | On a 4473 form to Sportsman's Warehouse, a Federally Licensed Firearms dealer in Yuma, AZ |
| 3 | December 30, 2022 | False name and address | On a 4473 form to Cal-Ranch, a Federally Licensed Firearms dealer in Yuma, AZ |
| 4 | December 31, 2022 | False name and address | On a 4473 form to Cal-Ranch, a Federally Licensed Firearms dealer in Yuma, AZ |

### COUNTS 5 - 8

On or about December 30-31, 2022, in the District of Arizona, Defendant ROBERTO PARTIDA, knowingly used, without lawful authority, a means of identification of another person, in violation of 18 U.S.C. Section 922(a)(6), referenced in Counts 1-4 above, in violation of 18 U.S.C. Section 1028A(c)(3), to wit:

| Count | Date | False Name |
|---|---|---|
| 5 | December 30, 2022 | J.C.K. |
| 6 | December 30, 2022 | J.C.K. |
| 7 | December 30, 2022 | J.C.K. |
| 8 | December 31, 2022 | J.C.K. |

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

SCANNED

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: _s/Gayle L. Helart_, AUSA

GAYLE HELART
Digitally signed by GAYLE HELART
Date: 2023.01.01 12:49:53 -07'00'

Kyle Dandoy, Special Agent, ATF
Name of Complainant

_Kyle Dandoy_
Signature of Complainant

Telephonically Sworn to and subscribed

1-1-23
Date

at   Phoenix, Arizona
     City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

_Michael T. Morrissey_
Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Kyle Dandoy, a Special Agent with The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on or about December 31, 2022, I became involved in an investigation involving an individual identified as Roberto PARTIDA, DOB XX/XX/1983 (full DOB known to me). I determined that on December 30-31, 2022, PARTIDA purchased nine (9) firearms from three different Federal Firearms Licensees (FFLs) in Yuma, Arizona, using a false identification with his own picture but with the name on the identification being J.C.K. (full name known to me) who is an actual individual, DOB XX/XX/1990 (full DOB known to me).

On December 31, 2022, I obtained two federal search warrants from the Honorable Magistrate Judge Michael T. Morrissey to authorize the search of a motel room and vehicle that PARTIDA had been associated with given law enforcement surveillance and witness statements. The results of those search warrants revealed that the motel room contained seven (7) firearms and several identification documents not in PARTIDA's name, detailed below.

In this affidavit, I believe there is probable cause to believe that ROBERTO PARTIDA made a material false statement during the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6) and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028A(a) and (c)(3).

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since May 2021. During my tenure as a Special Agent, I have completed approximately 500 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). I also completed approximately 750 hours of Special Agent Basic Training (SABT) at FLETC. Prior to my tenure as a Special Agent, I worked for the Yuma Police Department (YPD) from November 2011 to May of 2021. During my time at YPD, I conducted many investigations ranging from property crimes to shootings for approximately 6 years while working in a patrol capacity. I was also an instructor in various topics to include Driving, Firearms, High

Risk Stops, etc. I also spent approximately 3 ½ years in the training unit before returning to patrol, where I continued to instruct and perform patrol duties, which included investigations. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information I determined during this investigation as well as provided by other law enforcement agents and witnesses.

2. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all of the relevant facts known to law enforcement officers

## DETAILS OF THE INVESTIGATION

3. On December 31, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) was alerted by Cal-Ranch, a local Yuma Federal Firearms Licensee (FFL) of multiple firearm purchases made in cash by a male identifying himself as J.C.K. (full name known to me) (later determined to be Roberto PARTIDA). The FFL believed his driver's license to be fake. The Arizona Driver's License name used by the male was J.C.K. with a date of birth XX/XX/1990 (full DOB known to me) and an Arizona Driver's License number of XXXXX0560 (full driver's license number known to me).

4. The FFL requested that I investigate the possible fake driver's license. I determined the photograph on the driver's license displaying J.C.K.'s name was not the same photograph according to the Arizona Department of Motor Vehicles (DMV) records. J.C.K. is an actual person with an address in Surprise, Arizona. I also determined that the actual J.C.K.'s driver's profile record with the driver's license number is in the name of J.C.K. II.

5. I contacted several FFLs in Yuma County and learned PARTIDA purchased a total of nine (9) firearms on December 30-31, 2022.

6. Specifically, PARTIDA purchased two (2) firearms from Sprague's Sports, (one being a Taurus, 2-85629 Model, 38 Cal. Revolver S/N ACJ296952, and a second being a Glock G26 9 mm pistol S/N BYAD865).

7. PARTIDA purchased two (2) firearms from Sportsman's Warehouse, (both Springfield, Hellcat Model, 9mm pistols, S/N BB393192 and S/N BA581522).

8. PARTIDA purchased five (5) firearms from Cal-Ranch. Specifically, involving his purchases from Cal-Ranch, I was advised by Cal-Ranch that PARTIDA first purchased two (2) firearms on December 30, 2022, (both Springfield, Hellcat Model, 9 mm pistols, S/N BA254493 and S/N BB441482), and then returned to the store later on December 30, 2022, to purchase an additional two (2) firearms (Springfield Hellcat 9mm pistol S/N BB478583 and a Glock 26 9 mm pistol S/N AGPS365), however an employee became suspicious of PARTIDA and delayed the purchase. On December 31, 2022, when PARTIDA returned to finalize the purchase of the third and fourth firearms, he purchased a fifth (an Altor Corp 9 mm pistol S/N AAB1942) for a total of five (5) purchased firearms from Cal-Ranch.

9. On December 31, 2022 when I became aware of this incident and started my investigation into PARTIDA's identity, I learned that PARTIDA contacted Cal-Ranch asking if his background was completed yet. An employee told PARTIDA he was still delayed.

10. Shortly after I learned of this information, the local police department was keeping a look out for a U-Haul van as I was told PARTIDA was driving a U-Haul van. The local police department spotted the U-Haul described as white GMC Savana U-Haul van bearing Arizona License Plate AL82438, Vehicle Identification Number (VIN): 1GTW7AFPXN1247737. I conducted surveillance on the vehicle and observed PARTIDA drive to Knights Inn motel, the **Subject Premises**, and stand by room #206.

11. The local police department inquired with the front desk and learned the renter of room #206 was a person using the name James Kohl (PARTIDA). Shortly after I witnessed PARTIDA at the **Subject Premises,** additional surveillance was conducted by other officers and PARTIDA was witnessed leaving the **Subject Premises.**

12. PARTIDA drove to Cal-Ranch and purchased the third and fourth firearms he had attempted to purchase on December 30, 2022, as PARTIDA called Cal-Ranch and asked again if his background was clear. PARTIDA was told he received his proceed status.

13. Upon PARTIDA purchasing the third and fourth firearms from Cal-Ranch, he also purchased a fifth, and agents contacted PARTIDA as he left the FFL and was approaching the U-Haul vehicle. Agents stopped PARTIDA and identified themselves. Agents seized the three firearms in PARTIDA's possession (i.e., the third, fourth, and fifth gun purchases he made on December 31, 2022).

14. I read PARTIDA his *Miranda* rights and he declined to talk. I advised PARTIDO that I would not ask him any questions about the gun purchases, however, I needed to identify him. He told me his name was Robert Partida, DOB XX/XX/1983 (full DOB known to me) with Social Security Number XXX/XX/2076 (full SSN known to me). PARTIDA possessed a fake driver's license with his photograph but in the name of J.C.K.

15. Based on my training and experience, I know Glock, Taurus, and Springfield firearms to be manufactured outside of the state of Arizona. Therefore, they would have needed to travel across state lines to be in Arizona.

16. The vehicle associated with PARTIDA at the Cal-Ranch store parking lot was continually surveilled by law enforcement following law enforcement contact with PARTIDA and no other person left the vehicle or entered the vehicle. The motel room associated with PARTIDA, specifically the Knights Inn motel Room 206, was also continuously observed from approximately 5:30 p.m. on December 31, 2022, until the search warrant was executed and no other person accessed the motel room or left.

17. The three firearms seized from PARTIDA after he left Cal-Ranch were:

    a. Springfield, Hellcat model, 9 mm pistol, S/N BB478583
    b. Glock, model 26, 9 mm pistol, S/N AGPS365
    c. Altor Corp, 9 mm pistol, S/N AAB1942

18. The item of evidentiary value recovered during the search warrant of the van vehicle associated with PARTIDA was a California Driver's License D1208599, in the name of Roberto Partida.

19. The items of evidentiary value recovered from the Knights Inn Room 206 motel room were:

   a. Canon Digital Camera, S/N 0630550254
   b. Four (4) Arizona driver's licenses in the names of John Watson, John Watson, James Kohl, and the fourth with the name blacked out (like with a Sharpee pen).
   c. A Nevada driver's license with the name R.R. Jr. (full name known to me).
   d. Two (2) Texas driver's licenses, both with the name of B.R. (full name known to me).
   e. A California driver's license with the name of A.P., Jr. (full name known to me).
   f. Five (5) firearm cardboard boxes.
   g. A Springfield gun case with two (2) magazines.
   h. Four (4) Springfield Hellcat manuals.
   i. A Ruger 9 mm pistol, S/N 860-57017.
   j. Cash America receipt showing purchase of Ruger 9 mm pistol, S/N 860-57017
   k. A Taurus Model 2-85629, .38SPL revolver, S/N ACJ296952.
   l. A Springfield, Hellcat model, 9 mm pistol, S/N BB441482.
   m. A Springfield, Hellcat model, 9 mm pistol, S/N BB393192.
   n. A Springfield, Hellcat model, 9 mm pistol, S/N BA254493.
   o. A Springfield, Hellcat model, 9 mm pistol, S/N BA581522.
   p. A Glock model 26, 9 mm pistol, S/N BYAD865.
   q. Two (2) Glock magazines.
   r. Lenovo laptop computer.
   s. Yoga laptop computer.
   t. Blu model cell phone.
   u. Black Apple iPhone.

20. In summary I was aware of PARTIDA's purchasing nine (9) pistols on December 30-31, 2022. Law enforcement seized three (3) of those nine when PARTIDA was contacted in the Cal-Ranch parking lot after he made his purchase on December 31, 2022 (See Paragraph 17 herein). The hotel room contained the additional six (6) pistols, and one that law enforcement did not know about (i.e. the Ruger 9 mm pistol, S/N 860-57017 listed above). PARTIDA also possessed additional driver's license identifications not with either his name or picture (i.e. J.C.K. and males with names / initials of A.H.P, Jr., B.D.R., and R.T.R., Jr. full names known to me).

**CONCLUSION**

21. Based on the foregoing, I believe that there is probable cause that ROBERTO PARTIDA made a material false statement during the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6) and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028A(a) and (c)(3).

Respectfully submitted,

*Kyle Dandoy*
KYLE DANDOY
Special Agent, ATF

Subscribed and sworn electronically this 1st day of January, 2023.

*Michael T. Morrissey*
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge